UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    DENNIS ROGER SMITH<br>    SUSAN CHRISTINE GONDEK SMITH<br>                                    Debtors | CASE NO: 04-31163<br>           (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985960**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 16 | ORTHOPEDIC ASSOCIATION OF SW OHIO<br>8934 KINGSBRIDGE DRIVE 101<br>DAYTON, OH  45458 | 0.30 |
| 5/ 14 | KETTERING MEDICAL CTR NETWORK<br>% NCO FINANCIAL SYSTEMS<br>2970 PRESIDENTIAL DR SUITE 240<br>FAIRBORN, OH  45324 | 13.50 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service  04-31163

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DENNIS ROGER SMITH
SUSAN CHRISTINE GONDEK SMITH
2562 VALAIS COURT
DAYTON, OH  45458

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(20.1n)
BANK ONE
ATTN BANKRUPTCY DEPARTMENT
BOX 626
BUTLER, WI  53007

(33.1n)
KAMAN & CUSIMANO
50 PUBLIC SQUARE
SUITE 600
CLEVELAND, OH  44113

(14.1)
KETTERING MEDICAL CTR NETWORK
% NCO FINANCIAL SYSTEMS
2970 PRESIDENTIAL DR SUITE 240
FAIRBORN, OH  45324

(41.1n)
MICHAEL S ARNOVITZ
BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

(16.1)
ORTHOPEDIC ASSOCIATION OF SW OHIO
8934 KINGSBRIDGE DRIVE 101
DAYTON, OH  45458

(40.1n)
THEODORE A KONSTANTINOPOULOS
JAVITCH BLOCK RATHBONE
1100 SUPERIOR AVE  19TH FL
CLEVELAND, OH  44114

(19.1n)
US DEPT OF ED
DIRECT LOAN SERVICING
BOX 4609
UTICA, NY  13504

(30.1n)
US DEPT OF EDUCATION
BOX 13328
RICHMOND, VA  23225

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner_____       cs